**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN THE MATTER OF:** <br> LUIS VELAZQUEZ TOLEDO <br> MARIA I BURGOS RODRIGUEZ <br> XXX-XX-5629 <br> XXX-XX-0968 <br> **Debtor(s)** | **CASE NO. 05-12615 SEK** <br> **Chapter 7** <br><br> **FILED & ENTERED ON 4/19/2006** |

**DISCHARGE OF DEBTOR**

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

San Juan, Puerto Rico, this April 19, 2006.

BY THE COURT

*/s/ Sara de Jesus*

**SARA E. DE JESUS KELLOGG**
U.S. Bankruptcy Judge

cc: all creditors

**SEE SECOND PAGE OF THIS ORDER FOR IMPORTANT INFORMATION**

**EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property:] [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

Debts that are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

  a. Debts for most taxes;

  b. Debts that are in the nature of alimony, maintenance or support;

  c. Debts for most student loans;

  d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

  e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

  f. Some debts which were not properly listed by the debtor;

  g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

  h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0104-3            User: graciam              Page 1 of 1                Date Rcvd: Apr 19, 2006
Case: 05-12615                  Form ID: pdf001            Total Served: 22

The following entities were served by first class mail on Apr 21, 2006.
  db         +LUIS VELAZQUEZ TOLEDO,    URB STAR LIGHT CALLE NOVAS 3059,    PONCE, PR 00717-1476
  jdb        +MARIA I BURGOS RODRIGUEZ,    URB STAR LIGHT CALLE NOVAS 3059,    PONCE, PR 00717-1476
  smg         DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR  00902-4140
  smg         FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
  smg       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  INTERNAL REVENUE SERVICE,     PO BOX 21126,
               PHILADELPHIA, PA 19114-0326)
  smg         PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
               SAN JUAN, PR   00918
  smg        +US TRUSTEE,    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
  cr          BANCO BILBAO VIZCAYA ARGENTARIA,    P.O. BOX 364745,    SAN JUAN, PR  00936-4745
2252711       BANCO BILBAO VIZCAYA,    ENRIQUE NASSAR RIZEK ASSOCIATES,    PO BOX 191017,
               SAN JUAN PR 00919-1017
2252712      +BANCO POPULAR,    PO BOX 362708,    SAN JUAN PR 00936-2708
2252714      +BANCO POPULAR DE PUERTO RICO,    BANKRUPTCY DEPARTMENT,    GPO BOX 36-6818,    SAN JUAN PR 00936-6818
2252713      +BANCO POPULAR DE PUERTO RICO,    BANKRUPTCY DEPARTMENT,    GPO BOX 366818,    SAN JUAN PR 00936-6818
2252715       BANCO SANTANDER,    PO BOX 362589,    SAN JUAN PR 00936-2589
2252716       CITI CARDS,    PO BOX 70148,    SAN JUAN PR 00936-8148
2252717      +GC SERVICES,    COLLECTION AGENCY DIVISION,    PO BOX 3724,    KNOXVILLE TN 37927-3724
2252718      +HOME DEPOT,    PO BOX 105980,    DEPT 51,    ATLANTA GA 30353-5980
2252719       JC PENNEY,    PO BOX 364788,    SAN JUAN PR 00936-4788
2252722      +LTD FINANCIAL SERVICES,    7322 SOUTH WEST,    FREE WAY SUTIE 1600,    HOUSTON TX 77074-2010
2252723       SEARS,    PO BOX 70148,    SAN JUAN PR 00936-8148
2252724       SEARS,    PO BOX 183001,    COLUMBUS OH 43218-3001
2252720       TRINIDAD BURGOS,    CONSTANCIA CALLE SOLLER,    3067,    PONCE PR 00717
2252721       ZALES,    JEWELERS NATIONAL BANK,    PO BOX 78840,    PHOENIX AZ 85062-8840
The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2261921      BBVA-P.O. BOX 364745, SAN JUAN, P.R. 00936-4745
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 21, 2006**              Signature:  *Joseph Speetjens*